# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 15-cr-00453-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARTHUR WILLIAM WILSON,

    Defendant.

## MINUTE ORDER[1]

The matter is before the court *sua sponte*. Due to unavoidable and unforeseen circumstances, the status conference set April 21, 2015, must be vacated.

**THEREFORE, IT IS ORDERED** as follows:

1. That the status conference set April 21, 2016, is vacated and continued pending further order;

2. That on **April 21, 2016**, at 11:00 a.m. (MDT), the court shall conduct a telephonic (non-appearance) setting conference to reset the status conference; and

3. That counsel for the government shall arrange, initiate, and coordinate the conference call to chambers at **303-335-2350** to facilitate the setting conference.

Dated: April 20, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.